# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00554-CV

### In re Deirdre Gilbert

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## MEMORANDUM OPINION

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). The motion to dismiss filed by the real parties in interest is dismissed as moot.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: September 20, 2022